UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRANCE ADAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHIMES DISTRICT OF COLUMBIA, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 11-0726 (RJL) |

## MEMORANDUM OPINION

June ____, 2011

On May 11, 2011, Chimes District of Columbia, Inc., by counsel, filed a motion to dismiss the complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. On May 23, 2011, the Court issued an Order which, among other things, advised plaintiff of his obligation to file an opposition or other response to the motion. Further, the Order expressly warned plaintiff that, if he failed to file his opposition by June 13, 2011, the Court would treat the motion as conceded. The Clerk of Court mailed a copy of the Order to plaintiff at his address of record. To date, plaintiff neither has notified the Clerk of a change of address, has filed an opposition, nor requested additional time to file an opposition. Accordingly, the Court will grant defendant's motion and dismiss this action. An Order is issued separately.

_____
RICHARD J. LEON
United States District Judge