UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRANCE ADAMS,  )
                Plaintiff,  )
v.  )  Civil Action No. 11-0726 (RJL)
CHIMES DISTRICT OF COLUMBIA, INC.,  )
                Defendant.  )

**DISMISSAL ORDER**

June 24, 2011

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [#5] is GRANTED AS CONCEDED; and it is

FURTHER ORDERED that this action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge